# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | PPD Development | 11/28/2022 | 266313 | Check | $ 12,615.95 |
| Akorn Operating Company, LLC | PPD Development | 1/6/2023 | 266941 | Check | $ 34,814.03 |
| Akorn Operating Company, LLC | PPD Development | 1/12/2023 | 267016 | Check | $ 50,169.71 |
| Akorn Operating Company, LLC | PPD Development | 1/19/2023 | 267071 | Check | $ 17,781.18 |
| Akorn Operating Company, LLC | PPD Development | 2/13/2023 | 267361 | Check | $ 69,583.03 |
| | | | | | $ 184,963.90 |